M'GILL *vs.* HAMMOND.

1. Where a writ of error is prosecuted on a judgment at law, and annexed there appears a decree in chancery,—the two cases cannot be thus confounded so as to authorise this court to consider the errors assigned on the decree.

Error to the Circuit court of Monroe county.

In this case, a writ of error was sued out, to reverse a judgment in debt, of the Circuit court of Monroe county, and a decree of the same court, exercising chancery jurisdiction, in a case between the same parties, was appended to the transcript sent up.

The error assigned was, that the court below erred in dismisssing complainant's bill.

*Phelan,* for plaintiff in error.
*Porter,* contra.

PER CURIAM.—The only error assigned is, that the court below erred in dismissing the complainant's bill for the cause mentioned in the decree. The writ of error is not prosecuted in the case in equity, and the decree, which is appended to the proceedings in this suit, is no

part of the record, and ought not to have been attached to it.

If there is error in the decree dismissing the bill, it is a matter which can be examined when that decree is sought to be revised; but the two cases at law and in equity cannot be confounded together, and made one case, for any purpose.

Let the judgment be affirmed.